UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RAFAEL CEZAR DANAM,

    Plaintiff,

    v.

AMTRUST NORTH AMERICA
INSURANCE,

    Defendant.

Case No. 2:26-cv-00132-MMD-EJY

**ORDER**

On January 21, 2026, Plaintiff, proceeding *pro se*, filed an Application to Proceed *in forma pauperis* ("IFP") together with a one page document titled Memorandum.  ECF Nos. 1, 1-1.  Plaintiff did not submit a complaint, which he must if he seeks to initiate a civil rights lawsuit in the District of Nevada.  Plaintiff must file his complaint on the approved form provided by the Court or must include in an alternative form substantially all the information called for by the Court's form when initiating a civil rights lawsuit.  Local Rule LSR 2-1.[1]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS FURTHER ORDERED that no later than **February 13, 2026**, Plaintiff **must** submit a complaint on the Court's approved form or must include in an alternative form substantially all the information called for by the Court's form.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint along with the information and instructions for filing the same.

---

[1]     Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." U.S. District Court for the District of Nevada Local Rule LSR 2-1 states: "[a] civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form."

1

IT IS FURTHER ORDERED that failure to timely comply with this Order will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to file a complaint.

Dated this 23rd day of January, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE